IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES RICHARD WILLIS,

    Plaintiff,

v.                                                                   CIV 15-1000 JCH/KBM

HERMAN GALLARDO, et al.,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings Recommending Dismissal of the Complaint without prejudice on January 4, 2017 (*Doc. 23*). The proposed findings notify Plaintiff of his ability to file objections within fourteen (14) days and that failure to do so waives appellate review. *Id.* at 2. To-date, Plaintiff has not filed any objections, and nothing in the record indicates that the proposed findings were not delivered to Plaintiff's current address of record.

Wherefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (*Doc. 23*) is ADOPTED;
2. Plaintiff's Civil Rights Complaint (*Doc. 1*) is dismissed **without prejudice**;
3. A final order is entered concurrently herewith.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE